■ James Gianni, Respondent, v Dolomite Products Company, Inc., et al., Appellants. [869 NYS2d 847]

Present—Scudder, P.J., Hurlbutt, Lunn, Green and Gorski, JJ.